JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CARLOS RODRIGUEZ,         ) | CASE NO. CV 12-753-CJC (PJW) |
|                                )   | |
|          Petitioner,           ) | |
|                                )   | J U D G M E N T |
|     v.                         ) | |
|                                )   | |
| MATTHEW CATE,                  ) | |
|                                )   | |
|          Respondent.           ) | |

    Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

    DATED:    <u>October 2, 2013</u>.

                                            CORMAC J. CARNEY
                                            UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment Re Rodriguez v. Cate.wpd